**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JANE ROE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-22-237-SLP |
| ) | |
| THE STATE OF OKLAHOMA ex rel. ) | |
| UNIVERSITY OF CENTRAL ) | |
| OKLAHOMA, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Before the Court is Plaintiff's Motion for Leave to Proceed Without Local Counsel [Doc. No. 4]. Upon review and for good cause shown, Plaintiff's Motion is GRANTED. Sheila P. Haddock is relieved from the requirements of LCvR 83.3(a).

IT IS SO ORDERED this 24th day of March, 2022.

*[signature]*
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE