IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JANE ROE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-22-237-SLP |
| ) | |
| THE STATE OF OKLAHOMA, ex rel, ) | |
| UNIVERSITY OF CENTRAL ) | |
| OKLAHOMA, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Before the Court is the Joint Motion for Entry of Agreed Protective Order [Doc. No. 15]. Specifically, the proposed Protective Order is not accepted for the following reasons, without prejudice to its resubmission:

Paragraph 3(k) of the proposed protective order addresses the manner by which protected material shall be filed. The Court's preference is for the following language to be used instead:

> This Order shall extend Leave of Court to any party seeking to use any document or information that has been designated "Confidential" as an exhibit to any pleading, brief or other court filing to electronically file said exhibit that contains "Confidential" information under seal. Any such exhibit which is electronically filed under seal shall be electronically filed under seal in accordance with the Filing and Viewing Civil Sealed/Ex Parte Documents Submitted Sealed Proposed Orders instructions, effective May 1, 2015, located on the website for the United States District Court for the Western District of Oklahoma. Pursuant to Section III.A. of the United States District Court, Western District of Oklahoma, Electronic Filing Policies and Manual, only those portions of a document that must be filed under seal should be electronically filed under seal. If, however, a party files a brief, pleading or other court filing which contains substantial argument or

information about that information which has been designated "Confidential," that party may either:

a. Redact all such personal identifier information, "Confidential" information or reference to information which has been designated "Confidential," and file a separate, unredacted, version of the brief, pleading or other court filing in accordance with this Paragraph 11; Section III.A. of the United States District Court, Western District of Oklahoma, Electronic Filing Policies and Procedures Manual; and the Filing and Viewing Civil Sealed/Ex Parte Documents Submitting Sealed Proposed Orders instructions, effective May 1, 2015, located on the website for the United States District Court for the Western District of Oklahoma, or

b. that party may, by separate motion, seek Leave of Court to file the entire brief, pleading or other court filing under seal.

IT IS THEREFORE ORDERED that the parties are directed to resubmit their proposed Stipulated Protective Order in Word Format by email to palk-orders@okwd.uscourts.gov within seven (7) days of the date of this Order. Upon resubmission, the parties are to ensure that the proposed Order complies with the Court's directives as set forth herein.

IT IS SO ORDERED this 7th day of December, 2022.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE